B5 (Official Form 5) (12/07)

| United States Bankruptcy Court<br><br>_____Northern_____ District of _____Illinois_____ | INVOLUNTARY PETITION |
|---|---|
| **IN RE** (Name of Debtor – If Individual: Last, First, Middle)<br><br>Your meat Store and more, LLC | **ALL OTHER NAMES** used by debtor in the last 8 years (Include married, maiden, and trade names.)<br><br>moo + Oink, Inc.  Home of moo oink, LLC<br>Columunt meat Co.  Your meats store<br>Ms. Mollye's INC  In more, LLC |
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.): | |
| **STREET ADDRESS OF DEBTOR** (No. and street, city, state, and zip code)<br><br>3330 West 183rd Street<br>Hazel Crest, IL 60429 | **MAILING ADDRESS OF DEBTOR** (If different from street address)<br><br>3330 W. 183rd Street<br>Hazel Crest, IL 60429 |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Cook County                                          ZIP CODE | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☒ Chapter 7    ☐ Chapter 11

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☒ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br><br>☐ Individual (Includes Joint Debtor)<br>☒ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check **one** box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☒ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☐ Full Filing Fee attached<br><br>☒ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor<br>Moo and Oink Inc | Case Number<br>11-34616 | Date<br>11-16-11 |
|---|---|---|
| Relationship<br>Affiliate | District<br>Northern Illinois | Judge<br>Jack Schmetterer |

**ALLEGATIONS**
(Check applicable boxes)                                                        COURT USE ONLY

1. ☒ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3. a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
    or
   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

FILED
UNITED STATES BANKRUPTCY COURT
NOV 14 2011
KENNETH S. GARDNER, CLERK
PS REP. - AJ

B5 (Official Form 5) (12/07) – Page 2       Name of Debtor  Hoot Gink

Case No. 11bk34616

| | |
|---|---|
| **TRANSFER OF CLAIM** | |
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). | |
| **REQUEST FOR RELIEF** | |
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. | |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _[signature]_<br>Signature of Petitioner or Representative (State title) | x _____<br>Signature of Attorney    Date |
| Name of Petitioner Heidi Hanson  Date Signed 11/14/11<br>Name & Mailing Address of Individual Signing in Representative Capacity<br>3001 S. King Drive Apt. 115<br>Chicago, Illinois 60616<br><br>3,000 | Name of Attorney Firm (If any)<br>Address Heidi Hanson<br>3001 S. King Drive Apt. 115<br>Chicago IL 60616<br><br>Telephone No. (773) 733-3311 |
| x _[signature]_<br>Signature of Petitioner or Representative (State title) | x _____<br>Signature of Attorney    Date |
| Name of Petitioner Heidi Hanson  Date Signed 11/14/11<br>Name & Mailing Address of Individual Signing in Representative Capacity<br>3001 S. King Drive Apt. 115<br>Chicago, Illinois 60616 | Name of Attorney Firm (If any)<br>Address<br><br><br>Telephone No. |
| x _[signature]_<br>Signature of Petitioner or Representative (State title) | x _____<br>Signature of Attorney    Date |
| Name of Petitioner                Date Signed<br>Name & Mailing Address of Individual Signing in Representative Capacity | Name of Attorney Firm (If any)<br>Address<br><br><br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Heidi Hanson  3001 S. King Drive Chicago IL 60616 | | 3,000 |
| Heidi Hanson  3001 S. King Drive Apt. 115 Chicago IL 60616 | | 3,000 |
| Name and Address of Petitioner | | |

| | | |
|---|---|---|
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor Moo + oink

Case No. ~~11bk34616~~

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Signature of Petitioner or Representative (State title) | Signature of Attorney Pro-Se    Date |
|---|---|
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
|  | Telephone No. |
| x Terry L Lee | x Terry L Lee  12-13-11 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney Pro-Se   Date |
| Name of Petitioner   Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address: 8000 S Vernon Ch, IL 60619  773-610-6335 | Address: 8000 S. Vernon Chicago, IL 60619  Telephone No. 773-610-6335 |
| x Sheila Holmes | x Sheila Holmes  11-12-11 |
| Signature of Petitioner or Representative (State title)  11-12-11 | Signature of Attorney  Pro-se   Date |
| Name of Petitioner   Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address: 1827 w. 172nd St East Hazel Crest IL. 60429  8000.00 | Address: 1827 w. 172nd St E. Hazel Crest IL 60429  Telephone No. 708 856-6448 |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| ~~illegible~~ |  |  |
| Terry L Lee  8000 S Vernon Chicago IL 60619 |  | 2000.00 |
| Sheila Holmes  1827 w. 172nd St. E. Hazel Crest IL. |  | 8,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor Moo + oink

Case No. HbK34616 STOP

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _Pauline Pszuba_
Signature of Petitioner or Representative (State title)
11-12-11
Name of Petitioner   Date Signed
Name & Mailing Address of Individual   11743 S. Komensky
Signing in Representative Capacity   Alsip IL 60803
8000.00

x _Pauline Pszuba_  11-12-11
Signature of Attorney   Date
Pro-Se
Name of Attorney Firm (If any)
Address   11743 S. Komensky
Alsip IL 60803
Telephone No. 708 707-2740

x _Shuntay Brown_
Signature of Petitioner or Representative (State title)
11/13/11
Name of Petitioner   Date Signed
Shuntay A. Brown
Name & Mailing Address of Individual   13701 S. Stewart
Signing in Representative Capacity   Riverdale, IL 60827

x _____
Signature of Attorney   Date
Name of Attorney Firm (If any)
Address   Pro-Se
Telephone No. 773-678-1209

x _____
Signature of Petitioner or Representative (State title)
Name of Petitioner Mary Steele  Date Signed 11-13-11
Name & Mailing Address of Individual   410 E Bowen
Signing in Representative Capacity   Chicago IL 60653
apt 1006

x _____
Signature of Attorney   Date
Name of Attorney Firm (If any)
Address   Pro Se
Telephone No. 773-573-8250

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Pauline Pszuba  11743 S. Komensky Alsip IL 60803 | Wages | 8000.00 |
| Shuntay Brown  13701 S. Stewart Riverdale, IL 60827 | Wages | 10,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | Total Amount of Petitioners' Claims |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

_____ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor Moo + oink

Case No. 11bk34644 5705

### TRANSFER OF CLAIM
☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF
Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x /s/ Jimel Shores
Signature of Petitioner or Representative (State title)
Jimel Shores
Name of Petitioner    Date Signed
Name & Mailing Address of Individual Signing in Representative Capacity: 17531 Willow, Country Club Hills 60478

x /s/ Jimel Shores    11/13/11
Signature of Attorney    Pro-se    Date
Name of Attorney Firm (If any)
Address
Telephone No. (773) 783-3650

x /s/ Nicole Sims
Signature of Petitioner or Representative (State title)
Nicole Sims    11/13/11
Name of Petitioner    Date Signed
Name & Mailing Address of Individual Signing in Representative Capacity: 17531 Willow Ave, Country Club Hills IL 60478

x /s/ Nicole Sims    11/13/11
Signature of Attorney    Pro-Se    Date
Name of Attorney Firm (If any)
Address
Telephone No. 773-783-3650

x /s/ Anthony McLin
Signature of Petitioner or Representative (State title)
Anthony McLin    11/3/11
Name of Petitioner    Date Signed
Name & Mailing Address of Individual Signing in Representative Capacity: 1001 W 87st #3, Chgo ILL 60620

x /s/ Anthony McLin    11/13/11
Signature of Attorney    Pro-se    Date
Name of Attorney Firm (If any)
Address: same
Telephone No.

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Jimel Shores 17531 Willow CCHills | Wages | 10,000 |
| Nicole Sims 17531 Willow C.C.Hills | Wages | 1000 |
| Anthony McLin | Wages | 10,548.35 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

___ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor  Moo + Oink

Case No. 11bk34610  8bB

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x  *Rodrick Murdock I*
Signature of Petitioner or Representative (State title)

x _____
Signature of Attorney    Date

Name of Petitioner: Rodrick Murdock
Date Signed: 11/13/11
Name & Mailing Address of Individual Signing in Representative Capacity: 2017 E. 67th St. Chicago, Il. 60649
$7,500.00

Name of Attorney Firm (If any)
Address: PRO-SE
Telephone No. 773-814-0545

x  *Milton Turner*
Signature of Petitioner or Representative (State title)

x _____
Signature of Attorney    Date

Name of Petitioner:
Name & Mailing Address of Individual Signing in Representative Capacity: 1740 E. 71st, Chicago, Il 60649

Name of Attorney Firm (If any)
Address: Pro-se
Telephone No. 773-449-0385

x  ~~[scribbled out]~~
Signature of Petitioner or Representative (State title)

x _____
Signature of Attorney    Date

Name of Petitioner:
Name & Mailing Address of Individual Signing in Representative Capacity:

Name of Attorney Firm (If any)
Address:
Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Rodrick Murdock I  2017 E. 67th St. Chgo. | Wages | $7,500.00 |
| Milton Turner  1740 E. 71st  Chgo 60649 | | 3,000 |
| | | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

_____ continuation sheets attached

Case Name: Moo + Oni lc         Case Number: 11bk 34616

## CERTIFICATE OF SERVICE

I, Shuntay A. Brown, certify that on 11/14/11, I served this summons and a copy of the involuntary petition on Mooreonic, the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*:

Your Meat Store and Money LLC
3233 W. 183rd St
Hazel Chest, IL

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date 10/14/10         Signature: [signed]

Print Name:

Business Address: